NUMBER 13-02-703-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
ROBERT RAMIREZ,                                                           Appellant,

v.

LANDRY’S SEAFOOD AND STEAKHOUSE 
OF CORPUS CHRISTI, INC.,                                                Appellee.
____________________________________________________________________

On appeal from the 319th District Court
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, ROBERT RAMIREZ, perfected an appeal from a judgment entered by
the 319th District Court of Nueces County, Texas, in cause number 98-05235-00-0-G. 
After the record and appellant’s brief were filed, the parties filed a joint motion to
dismiss the appeal. In the motion, the parties state that they have entered a
settlement agreement wherein they have settled all claims and defenses and have
agreed to jointly dismiss the appeal. The parties request that the Court dismiss the
appeal in its entirety, with costs accruing to the party bearing same.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 5th day of February, 2004.